UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 08-30400 |
|---|---|
| FRANCES SHEPHERD | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4089258**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 16/ 38 | MIAMI VALLEY HOSPITAL<br>% CITY CREDITS COMAPNY AGENT<br>3077 KETTERING BLVD SUITE 109<br>MORAINE, OH  45439 | 3.07 |
| 8/ 26 | PROTECTOR HOME SECURITY<br>% CBCS<br>11 W MONUMENT AVE 2ND FLOOR<br>DAYTON, OH  45402 | 37.62 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 7/26/2011

Certificate of Service  08-30400

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

FRANCES SHEPHERD
5006 COULSON DRIVE
DAYTON, OH  45418

CLAY L WOODS
1344 WOODMAN DRIVE
SUITE F
DAYTON, OH  45432

(1023.1n)
B LINE LLC
MS 550
BOX 91121
SEATTLE, WA  98111

(34.1n)
CITIFINANCIAL AUTO CORPORATION
BOX 9578
COPPELL, TX  75019

(42.1n)
KENTUCKY CHECK EXCHANGE
4171 N MAIN ST
DAYTON, OH  45405

(36.1n)
MERRICK BANK
% WEINSTEIN AND RILEY PS
2001 WESTERN AVENUE STE 400
SEATTLE, WA  98121

(38.1)
MIAMI VALLEY HOSPITAL
% CITY CREDITS COMAPNY AGENT
3077 KETTERING BLVD SUITE 109
MORAINE, OH  45439

(39.1n)
PRA RECEIVABLES MANAGEMENT LLC
AGENT OF PORTFOLIO RECOVERY
BOX 41067
NORFOLK, VA  23541

(26.1)
PROTECTOR HOME SECURITY
% CBCS
11 W MONUMENT AVE 2ND FLOOR
DAYTON, OH  45402

(35.1n)
WORLD FINANCIAL NETWORK NATL
% WEINSTEIN AND RILEY PS
2001 WESTERN AVENUE STE 400
SEATTLE, WA  98121

Jeffrey M. Kellner BY    ___/s/ Jeffrey M. Kellner_____    sv